# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| AUSAR TEHUTI-EL, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-64 |
| | * | |
| v. | * | |
| | * | |
| ADAM BELL, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Ausar Tehuti-El ("Tehuti-El") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused by Appling County Jail" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 5 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES without prejudice** Tehuti-El's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure exhaust his available state remedies, **DIRECTS** the Clerk of Court to

AO 72A
(Rev. 8/82)

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Tehuti-El *in forma pauperis* status on appeal.

**SO ORDERED**, this ___30___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA