AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AUSAR TEHUTI-EL,

   Petitioner,

              V.

ADAM BELL,

   Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-64

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated March 31, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition for Writ of Habeas Corpus is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _/s/_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

April 3, 2023
Date

John E. Triplett, Acting Clerk
Clerk

_/s/_____
(By) Deputy Clerk



GAS Rev 10/2020